**E-FILED on** 1/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN T. VO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; et al.,<br><br>　　　　　Defendants. | No. C-09-3985 RMW<br><br>ORDER REGARDING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT<br>**[Re Docket No. 11]** |

　　　Defendants U.S. Bank National Association, successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association F.A., and DSL Service Company's motion to dismiss the first amended complaint was noticed for hearing on January 8, 2010. Plaintiff did not file any timely papers in opposition to the motion,[1] but did file an overly-lengthy brief, in violation of Civil Local Rule 7-3(a), on December 30, 2009, a mere nine days before the hearing and after defendants had filed their reply papers. By filing her opposition papers so late, plaintiff has deprived defendants of the opportunity to submit substantive reply papers and

---

[1] This is plaintiff's second failure to oppose defendant's motion to dismiss. Defendant moved to dismiss the original complaint, and plaintiff did not file any opposition papers. Instead, after defendant filed its reply brief, plaintiff filed her amended complaint.

has deprived the court of the benefit of full briefing by the parties in advance of the noticed hearing date.

Accordingly, the hearing on defendants' motion is hereby continued to January 29, 2010 at 9:00 a.m. Defendants' reply papers shall be filed and served on or before January 15, 2010. As a condition of continuing the hearing and the court's consideration of plaintiff's late-filed papers, however, plaintiff shall reimburse defendants the reasonable attorney's fees and expenses defendants incurred in preparing and submitting their initial reply papers (Docket No. 12) and their response to plaintiff's late-filed opposition (Docket No. 16). By January 15, 2010, defendants' counsel shall file and serve a declaration setting forth the amount of attorney's fees and expenses incurred in preparing and filing such documents. Plaintiff shall reimburse defendants for such reasonable fees and expenses prior to the hearing on January 29, 2010. If plaintiff in good faith believes that the fees and expenses requested are unreasonable, plaintiff shall pay that portion of the request that plaintiff considers reasonable and file a brief explanation as to why the total fees and expenses requested are unreasonable. The court will resolve any issue as to fees and costs at the hearing on January 29, 2010. If plaintiff fails to comply with this order, the court will not consider plaintiff's opposition brief and will decide the motion based on defendants' timely-filed papers.

DATED: 1/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Sharon Lynn Lapin**
Email: lapinlaws@juno.com

**Counsel for Defendants US Bank National Association and DSL Services Co.:**

**Molly Rachel Newland**
Email: mnewland@sheppardmullin.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/5/10

TER
**Chambers of Judge Whyte**