**E-FILED on** 1/29/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN T. VO,<br><br>        Plaintiff,<br><br>    v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; et al.,<br><br>        Defendants. | No. C-09-3985 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT<br>**[Re Docket No. 11]** |

On January 29, 2010, the court heard the motion to dismiss the First Amended Complaint by defendants U.S. Bank National Association (successor to Downey Savings and Loan Association F.A.) and DSL Service Company. The parties, appearing through their respective counsel, accepted the court's tentative ruling. The court now adopts the tentative ruling as its order: the First Amended Complaint is dismissed and plaintiff shall have twenty days in which to file and serve an amended complaint. With regard to the issue of the amount of attorney's fees to be awarded to defendants, the court has considered the papers submitted by the parties and the arguments of counsel and awards defendants $1,000 in attorney's fees. Plaintiff represented that payment would be made on January 29, 2010.

DATED:    1/29/2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT—No. C-09-3985 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Sharon Lynn Lapin**
Email: lapinlaws@juno.com

**Counsel for Defendants US Bank National Association and DSL Services Co.:**

**Molly Rachel Newland**
Email: mnewland@sheppardmullin.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  1/29/10                             TER
                                        **Chambers of Judge Whyte**