UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 2/2/10*_

LYNN T. VO

        Plaintiff(s),

v.

DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; DSL SERVICES COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK . . . et al.
        Defendant(s).
_____ /

CASE NO. C-09-03985 RMW (RS)

STIPULATION AND [ XXXXXXXX ORDER SELECTING ADR PROCESS

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
        ☐ Non-binding Arbitration (ADR L.R. 4)
        ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
        ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
        ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
        ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        ☒ other requested deadline  within 60 days after the pleadings are settled.

Dated: January 13, 2010                              /s/ Sharon L. Lapin
                                                                      Attorney for Plaintiff
                                                                      LYNN T. VO

Dated: January 13, 2010                             /s/ Molly R. Newland
                                                                      Attorney for Defendant
                                                                      U.S. BANK & DSL

Dated: _____
Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

# [XXXXXXX] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ within 60 days after the other pleadings are settled.

IT IS SO ORDERED.

Dated: 2/2/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

American LegalNet, Inc.
www.USCourtForms.com