**E-FILED on** 4/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN T. VO,<br><br>             Plaintiff,<br><br>   v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; et al.,<br><br>             Defendants. | No. C-09-3985 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION<br>**[Re Docket No. 34]** |

Defendant moves to dismiss the second amended complaint for lack of jurisdiction. Plaintiff does not oppose dismissal on this ground. In view of plaintiff's acquiescence, the court finds that there is no need for a hearing or oral argument on the motion and the motion may be decided on the papers submitted. Accordingly, the April 23, 2010 hearing date is vacated and plaintiff's motion to appear by telephone at the hearing is denied as moot. For good cause appearing, defendants' motion to dismiss for lack of jurisdiction is granted. The dismissal is without prejudice.

DATED:   4/15/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION—No. C-09-3985 RMW
TER

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 **Sharon Lynn Lapin**
Email: lapinlaws@juno.com

4

5 **Counsel for Defendants US Bank National Association and DSL Services Co.:**

6 **Molly Rachel Newland**
Email: mnewland@sheppardmullin.com

7

8 **J. Barret Marum**
Email: bmarum@sheppardmullin.com

9 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10

13 **Dated:**   4/15/10                          TER
                                       **Chambers of Judge Whyte**