**E-FILED on** 4/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN T. VO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; et al.,<br><br>    Defendants. | No. C-09-3985 RMW<br><br>JUDGMENT |

On April 15, 2010, the court dismissed without prejudice the second amended complaint for lack of jurisdiction.   Therefore,

IT IS HEREBY ordered that judgment be entered in favor of defendants.

DATED:     4/15/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-3985 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Sharon Lynn Lapin**
Email: lapinlaws@juno.com

**Counsel for Defendants US Bank National Association and DSL Services Co.:**

**Molly Rachel Newland**
Email: mnewland@sheppardmullin.com

**J. Barret Marum**
Email: bmarum@sheppardmullin.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   4/15/10                               TER
                                          **Chambers of Judge Whyte**